UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, et al., | No. 2:19-cv-02621-KJM-DB |
| Plaintiffs, | |
| v. | ORDER APPOINTING GUARDIANS AD LITEM |
| YUBA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

This action is brought by "CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI."

The court having considered the petitions of M.Y and L.Y. for the appointment of their mother, Vanessa Ruiz, as guardian ad litem for both M.Y. and L.Y., ECF No. 12, and good cause appearing therefore, IT IS HEREBY ORDERED that Vanessa Ruiz be, and she is, hereby appointed as guardian ad litem for her children M.Y. and L.Y.

1   The court, having also considered the petition of L.Y.[1] for the appointment of his
2   mother Francisca Uriostegui, as guardian ad litem for her son, L.Y., ECF No. 13, and good cause
3   appearing therefore, IT IS HEREBY ORDERED that Francisca Uriostegui be, and she is, hereby
4   appointed as guardian ad litem for her son L.Y.

5   This order resolves ECF Nos. 12 & 13.

6   DATED:  June 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Here, the court refers to the second minor plaintiff in this action with the initials "L.Y.," who is a different individual from the first listed minor plaintiff with the initials "L.Y."

2