UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carmel Garcia, an individual; M.Y. and L.Y., minors by and through their guardian ad litem Vanessa Ruiz; L.Y., a minor by and through his guardian ad litem Francisca Uriostegui,<br><br>Plaintiff,<br><br>v.<br><br>Yuba County Sheriff's Department; Yuba County Sheriff's Deputies Does 1-5; City of Vacaville; and Vacaville Police Officer Does 6-10;<br><br>Defendants. | No. 2:19-cv-02621-KJM-DB<br><br>AMENDMENT TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 35) to amend dates in the pretrial scheduling order (ECF No. 25).  Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | March 19, 2021 | August 13, 2021 |
| Expert Disclosures | July 19, 2021 | November 16, 2021 |
| Supplemental Expert Disclosures | August 2, 2021 | November 30, 2021 |
| Completion of Expert Discovery | September 1, 2021 | December 30, 2021 |
| All Dispositive Motions Hearing Date | June 18, 2021 | October 29, 2021 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 25).

1

1        IT IS SO ORDERED.

2    DATED:  March 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE