UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>Plaintiffs,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10,,<br><br>Defendants. | No.  2:19-cv-2621 KJM DB<br><br><br>ORDER |

On April 16, 2021, defendants filed a motion to compel and award sanctions, noticing the motion for hearing before the undersigned pursuant to Local Rule 302(c)(1).  (ECF No. 37.)  On May 25, 2021, the parties filed a Joint Statement re Discovery Disagreement.  (ECF No. 45.)  The Joint Statement reflects that the parties have agreed on a supplemental production but have not had sufficient time to produce or review the documents.  (Id. at 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. The June 18, 2021 hearing of defendants' motion to compel (ECF No. 37) is continued to **July 30, 2021**;

////

1

    2.  If a discovery dispute remains, the parties shall engage in further meet and confer efforts; and

    3.  On or before **July 23, 2021**, the parties shall file a Joint Statement that complies with the undersigned's Standard Information and the Local Rules.[1]

DATED: June 14, 2021           /s/ DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] If the parties' discovery dispute has been resolved defendants may comply with this order by filing a notice of withdrawal of the motion.  If the parties' discovery dispute remains and defendants still seek an award of sanctions, defendants shall fully brief that issue as well as the amount sought.