Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Henry B. Bernstein, State Bar No. 31373
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     rosman@bfesf.com
           scrawford@bfesf.com
           hbernstein@bfesf.com

Attorneys for Defendant
CITY OF VACAVILLE, JULIE BAILEY,
CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>    Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>    Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br><br><br><br>**THIRD STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; ORDER**<br><br><br><br>**Judge: Kimberly J. Mueller** |

1       WHEREAS, Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, ("Plaintiffs") initiated this case on March 11, 2020 (Dkt. No. 1.1);

      WHEREAS, Plaintiffs filed a first amended complaint on April 24, 2020 (Dkt. No. 9), and Defendant City of Vacaville ("the City") filed a motion to dismiss Plaintiffs first amended complaint on May 15, 2020 (Dkt. No. 14);

      WHEREAS, following the July 24, 2020 hearing on the City's motion to dismiss plaintiff's first amended complaint, the court issued a minute order setting the pre-trial schedule in this matter (Dkt. No. 25);

      WHEREAS, the court granted the City's motion to dismiss on September 18, 2020 and dismissed Plaintiffs' first amended complaint with leave to amend (Dkt. No. 27);

      WHEREAS, Plaintiffs filed their second amended complaint on November 18, 2020 (Dkt. No. 28), against the City, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER (collectively, "Defendants"), and Defendants filed their motion to dismiss Plaintiffs' second amended complaint on November 30, 2020 (Dkt. No. 29);

      WHEREAS, on January 26, 2021, the court issued an order taking Defendants' motion to dismiss Plaintiffs' second amended complaint under submission without oral argument (Dkt. No. 34);

      WHEREAS, on March 12, 2021, the parties filed a stipulation to continue pre-trial deadlines (Dkt. No. 35), and on March 16, 2021 this Court granted the stipulation and issued an amended scheduling order continuing the pre-trial deadlines (Dkt. No. 36);

      WHEREAS, on July 12, 2021, the parties filed a stipulation to continue pre-trial deadlines (Dkt. No. 47), and on July 20, 2021 this Court granted the stipulation and issued an amended scheduling order continuing the pre-trial deadlines (Dkt. No. 48);

      WHEREAS, good cause exists to continue the existing pre-trial deadlines again, because in the interests of efficiency and with an eye toward streamlining discovery and avoiding discovery disputes, the parties have purposely held off on conducting discovery related to the claims subject to the pending motion to dismiss and will require additional time to conduct additional discovery on said claims after an order issues on the motion to dismiss.

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any party;

WHEREAS, the requested modifications will not otherwise impact the trial date for the case as none has been set;

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | November 11, 2021 | March 11, 2022 |
| All Dispositive Motions Hearing Date | January 28, 2022 | May 27, 2022 |
| Expert Disclosures | February 14, 2022 | June 14, 2022 |
| Supplemental Experts | February 28, 2022 | June 28, 2022 |
| Completion of Expert Discovery | March 30, 2022 | July 28, 2022 |

Dated: October 14, 2021            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:        /s/ Richard W. Osman
     Richard W. Osman
     Attorney for Defendants CITY OF
     VACAVILLE, JULIE BAILEY,
     CHUCK BAILEY, DUSTIN WILLIS, and
     DAVE SPENCER

Dated: October 14, 2021            LAW OFFICES OF FULVIO F. CAJINA

By:        /s/ Fulvio F. Cajina
     Fulvio F. Cajina
     Attorney for Plaintiffs CARMEL GARCIA,
     M.Y. AND L.Y., minors by and through their
     guardian ad litem VANESSA RUIZ; L.Y., a
     minor by and through his guardian ad litem
     FRANCISCA URIOSTEGUI

//

//

//

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: October 14, 2021  By: /s/ Richard W. Osman
Richard W. Osman

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The pre-trial deadlines are continued as follows:

| Description | Existing Date | New Date |
| --- | --- | --- |
| Discovery Cutoff | November 11, 2021 | March 11, 2022 |
| All Dispositive Motions Hearing Date | January 28, 2022 | May 27, 2022 |
| Expert Disclosures | February 14, 2022 | June 14, 2022 |
| Supplemental Experts | February 28, 2022 | June 28, 2022 |
| Completion of Expert Discovery | March 30, 2022 | July 28, 2022 |

DATED: October 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE