1  FULVIO F. CAJINA (Bar No. 289126)
   LAW OFFICE OF FULVIO F. CAJINA
2  311 Oak Street, Suite 108
   Oakland, CA 94607
3  Telephone: (415) 601-0779
   Facsimile: (510) 225-2636
4  Email: fulvio@cajinalaw.com

5  STANLEY GOFF (Bar No. 289564)
   LAW OFFICE OF STANLEY GOFF
6  15 Boardman Place Suite 2
   San Francisco, CA 94103
7  Telephone: (415) 571-9570
   Email: scraiggoff@aol.com

8
   Attorneys for Plaintiffs
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12 | CARMEL GARCIA, an individual; M.Y. | CASE No. 2:19-cv-02621 KJM DB
   | AND L.Y., minors by and through their |
13 | guardian ad litem VANESSA RUIZ; L.Y., a | **STIPULATION FOR ORDER**
   | minor by and through his guardian ad litem | **REQUIRING RELEASE OF**
14 | FRANCISCA URIÓSTEGUI, | **CORONER'S REPORT, RECORDS,**
   | | **AND TISSUE SAMPLES; AND ORDER**
15 |         Plaintiffs, |

16 |

17 | v. |

18 | YUBA COUNTY SHERIFF'S |
   | DEPARTMENT; YUBA COUNTY |
19 | SHERIFF'S DEPUTIES DOES 1-5; CITY |
   | OF VACAVILLE; and VACAVILLE |
20 | POLICE OFFICER DOES 6-10; |

21 |
   |         Defendants. |
22

23

                              1

WHEREAS, Plaintiffs CARMEL GARCIA, et al., and Defendants CITY OF VACAVILLE, et al. (together, the "Parties"), wish to obtain copies of all records of decedent's, SAMUEL LEVI YASKO, autopsy, including photographs of the autopsy from the Solano County Coroner's Office (Solano County Coroner's Case No.: 2018-0012);

WHEREAS, the Parties also seek to obtain access to tissue slides and tissue samples (i.e., histological sections) of tissue samples collected by the Solano County Coroner's Office in connection with decedent;

WHEREAS, Plaintiff has previously sent a subpoena to the Coroner's Office in connection with the above materials;

WHEREAS, in response to Plaintiff's subpoena, the Coroner's Office has asked that the Parties obtain a court order and/or stipulation for such items to be released to the Parties (see **Exhibit A** attached hereto);

NOW, THEREFORE, the Parties hereby stipulate and request a Court order ordering Ramona M. Margheiro, Deputy Counsel for the Solano County Coroner's Office to (i) release all photographs and other written records of decedent's autopsy to the Parties within fourteen (14) days, (ii) meet and confer with the Parties within twenty-one (21) days to make all tissue slides in connection with decedent's autopsy available to the Parties for inspection and allow the Parties to obtain re-cuts of the tissue samples collected by the Solano County Coroner's Office in connection with decedent.

IT IS SO STIPULATED.

///
///
///
///
///

LAW OFFICE OF FULVIO F. CAJINA

Dated: December 29, 2021          _____*/s/ Fulvio F. Cajina*_____
                                  FULVIO F. CAJINA
                                  Attorneys for Plaintiffs


BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

Dated: January 3, 2022            _____*/s/ Sheila D. Crawford*_____
                                  SHEILA D. CRAWFORD
                                  Attorneys for Defendants


**ORDER**

**IT IS ORDERED AS FOLLOWS:**

Pursuant to the above Stipulation of the Parties, Ramona M. Margheiro, Deputy Counsel for the Solano County Coroner's Office, is hereby ordered to (i) release all photographs and other written records of decedent's autopsy to the Parties within fourteen (14) days hereof, and (ii) meet and confer with the Parties within twenty-one (21) days hereof to make all tissue slides in connection with decedent's autopsy available to the Parties for inspection and allow the Parties to obtain re-cuts of the tissue samples collected by the Solano County Coroner's Office in connection with decedent.

IT IS SO ORDERED.

DATED: February 14, 2022          /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

3