| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email:   rosman@bfesf.com<br>         scrawford@bfesf.com<br><br>Attorneys for Defendants<br>CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER | Fulvio F. Cajina, State Bar No. 289126<br>LAW OFFICE OF FULVIO F. CAJINA<br>528 Grand Ave.<br>Oakland, CA 94610<br>Telephone: (415) 601-0779<br>Facsimile:  (510) 225-2636<br>Email:   fulvio@cajinalaw.com<br><br>Stanley Goff, State Bar No. 289564<br>15 Boardman Place Suite 2<br>San Francisco, CA 94103<br>Telephone: (415) 571-9570<br>Email:   scraiggoff@aol.com<br><br>Attorneys for Plaintiffs<br>CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>    Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>    Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br><br><br>**FOURTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; ORDER**<br><br><br><br>**Judge: Kimberly J. Mueller** |

WHEREAS, Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, ("Plaintiffs") initiated this case on March 11, 2020 (Dkt. No. 1.1);

WHEREAS, Plaintiffs filed a First Amended Complaint (FAC) on April 24, 2020 (Dkt. No. 9), and Defendant CITY OF VACAVILLE ("the CITY") filed a motion to dismiss Plaintiffs FAC on May 15, 2020 (Dkt. No. 14);

WHEREAS, following the July 24, 2020 hearing on the CITY's motion to dismiss Plaintiffs' FAC, the Court issued a minute order setting the pre-trial schedule in this matter (Dkt. No. 25);

WHEREAS, the Court granted the CITY's motion to dismiss on September 18, 2020 and dismissed Plaintiffs' FAC with leave to amend (Dkt. No. 27);

WHEREAS, Plaintiffs filed their Second Amended Complaint (SAC) on November 18, 2020 (Dkt. No. 28), against the CITY, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER (collectively, "Defendants"), and Defendants filed their motion to dismiss Plaintiffs' SAC on November 30, 2020 (Dkt. No. 29);

WHEREAS, on January 26, 2021, the Court issued an order taking Defendants' motion to dismiss Plaintiffs' SAC under submission without oral argument (Dkt. No. 34);

WHEREAS, on March 12, 2021, the Parties filed a stipulation to continue pre-trial deadlines (Dkt. No. 35) because they were waiting for an order on the motion to dismiss and did not know what claims would proceed and on March 16, 2021 this Court granted the stipulation and issued an amended scheduling order continuing the pre-trial deadlines (Dkt. No. 36);

WHEREAS, on July 12, 2021, the Parties filed a second stipulation to continue pre-trial deadlines (Dkt. No. 47) because they were waiting for an order on the motion to dismiss and did not know what claims would proceed, and on July 20, 2021 this Court granted the stipulation and issued an amended scheduling order continuing the pre-trial deadlines (Dkt. No. 48);

WHEREAS, on October 14, 2021 the Parties filed a third stipulation to continue pre-trail deadlines (Dkt. No. 52) because they were waiting for an order on the motion to dismiss and did not know what claims would proceed, and on October 18, 2021, this Court granted the stipulation and issued an amended scheduling order continuing the pre-trial deadlines (Dkt. No. 53);

WHEREAS, on October 25, 2021, the Court issued an order denying Defendants' Motion to Dismiss (Dkt. No. 54);

WHEREAS, on November 12, 2021, Defendants filed an answer to the SAC;

WHEREAS, good cause exists to continue the existing pre-trial deadlines again, because in the interests of efficiency and with an eye toward streamlining discovery and avoiding discovery disputes, the Parties purposely held off on conducting discovery related to the claims that were at issue in the motion to dismiss.

WHEREAS, Defendants filed an answer to the SAC in November and since that time the Parties have diligently engaged in discovery. Counsel for the Parties are working together regarding written discovery, subpoenas and the scheduling of multiple individual depositions and the depositions of multiple persons most qualified at the CITY. However, because this case involves multiple Plaintiffs, multiple individual Defendants and a *Monell* claim against the CITY, the discovery process is extensive and is taking more time than the Parties originally anticipated. The necessary discovery for this matter is significant and the current schedule needs to be adjusted to provide sufficient time for the completion of the discovery.

WHEREAS, in addition to the above discovery, the Parties met and conferred regarding a stipulation for an order regarding the release of the Coroner's report, records and tissues samples. The stipulation was filed on January 3, 2022 (Dkt. No 56), but the Parties have not yet received an order from the Court. As stated in the stipulation, the Coroner's Office requires a court order to release the items listed above. These materials will be critical to each side's analysis of this case and therefore the Parties request additional time to obtain the order from the Court, obtain the materials and provide the materials to their retained experts for analysis.

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any party;

WHEREAS, the requested modifications will not otherwise impact the trial date for the case as none has been set;

//

//

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | March 11, 2022 | June 10, 2022 |
| All Dispositive Motions Hearing Date | May 27, 2022 | August 26, 2022 |
| Expert Disclosures | June 14, 2022 | September 16, 2022 |
| Supplemental Experts | June 28, 2022 | September 30, 2022 |
| Completion of Expert Discovery | July 28, 2022 | October 28, 2022 |

Dated: February 11, 2022     BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     /s/ Richard W. Osman
Richard W. Osman
Attorney for Defendants CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER

Dated: February 11, 2022     LAW OFFICES OF FULVIO F. CAJINA

By:     /s/ Fulvio F. Cajina
Fulvio F. Cajina
Attorney for Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI

## ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  February 11, 2022     By:  /s/ Richard W. Osman
Richard W. Osman

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | March 11, 2022 | June 10, 2022 |
| All Dispositive Motions Hearing Date | May 27, 2022 | August 19, 2022 |
| Expert Disclosures | June 14, 2022 | September 16, 2022 |
| Supplemental Experts | June 28, 2022 | September 30, 2022 |
| Completion of Expert Discovery | July 28, 2022 | October 28, 2022 |

DATED: February 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE