Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN &
WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, JULIE BAILEY,
CHUCK BAILEY, DUSTIN WILLIS,
and DAVE SPENCER

Fulvio F. Cajina, State Bar No. 289126
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Facsimile:  (510) 225-2636
Email:      fulvio@cajinalaw.com

Stanley Goff, State Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email:      scraiggoff@aol.com

Attorneys for Plaintiffs
CARMEL GARCIA, M.Y. AND L.Y., minors by
and through their guardian ad litem VANESSA
RUIZ; L.Y., a minor by and through his guardian
ad litem FRANCISCA URIOSTEGUI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>        Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>        Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br><br>**FIFTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES;  ORDER**<br><br><br><br><br><br><br>**Judge: Kimberly J. Mueller** |

WHEREAS, Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, ("Plaintiffs") initiated this case on March 11, 2020 (Dkt. No. 1.1);

WHEREAS, Plaintiffs named the CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER as Defendants (collectively, "Defendants");

WHEREAS, on February 11, 2022, the Parties filed a fourth stipulation to continue pre-trial deadlines (Dkt. No. 57) because there were discovery delays and a delay in processing the Parties' requests for reports and tissue samples from the Coroner's Office, which required a Court order.

WHEREAS, on February 15, 2022, the Court issued an order regarding the reports and tissue samples from the Coroner's Office (Dkt. No. 58) and on February 16, 2022, the Court issued an order granting the Parties' stipulated request to continue pretrial deadlines. (Dkt. No. 59);

WHEREAS, the Court's amended scheduling order set the non-expert discovery deadline for June 10, 2022;

WHEREAS, the Parties have worked diligently to complete discovery by the deadline of June 10, 2022;

WHEREAS, the Parties are working together to schedule depositions, but several depositions have yet to be taken, most of which were scheduled and noticed for the week of May 30, 2022.

WHEREAS, on May 23, 2022, contacted Plaintiffs' counsel contacted Defendants' counsel and stated that he was called into a trial in Los Angeles Superior Court, Case Number BC663663, and that the trial is expected to last 2 to 3 weeks;

WHEREAS, due to Plaintiffs' counsel trial assignment and unavailability, the Parties will be unable to complete the remaining depositions before the June 10, 2022 deadline;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any party; and

WHEREAS, the requested modifications will not otherwise impact the trial date for the case as none has been set.

## **STIPULATION**

NOW, THEREFORE, Plaintiffs and Defendants stipulate and request the court continue presently

1

set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | June 10, 2022 | July 25, 2022 |
| All Dispositive Motions Hearing Date | August 19, 2022 | October 3, 2022 |
| Expert Disclosures | September 16, 2022 | October 31, 2022 |
| Supplemental Experts | September 30, 2022 | November 14, 2022 |
| Completion of Expert Discovery | October 28, 2022 | December 12, 2022 |

Dated: May 31, 2022                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:    _____/s/_____
                Richard W. Osman
                Attorney for Defendants
                CITY OF VACAVILLE, JULIE BAILEY,
                CHUCK BAILEY, DUSTIN WILLIS, and DAVE
                SPENCER

Dated: May 31, 2022                              LAW OFFICES OF FULVIO F. CAJINA

By:    _____/s/_____
                Fulvio F. Cajina
                Attorney for Plaintiffs
                CARMEL GARCIA, M.Y. AND L.Y., minors by and
                through their guardian ad litem VANESSA RUIZ;
                L.Y., a minor by and through his guardian ad litem
                FRANCISCA URIOSTEGUI

## **ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  May 31, 2022                    By: __/s/_____
                                         Richard W. Osman

1

## **ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | June 10, 2022 | July 25, 2022 |
| All Dispositive Motions Hearing Date | August 19, 2022 | October 21, 2022 |
| Expert Disclosures | September 16, 2022 | October 31, 2022 |
| Supplemental Experts | September 30, 2022 | November 14, 2022 |
| Completion of Expert Discovery | October 28, 2022 | December 12, 2022 |

13

DATED:  June 6, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE

FOURTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; ORDER
*Garcia v. Vacaville, et al.* 2:19-cv-02621-KJM-DB