Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, JULIE BAILEY,
CHUCK BAILEY, DUSTIN WILLIS,
and DAVE SPENCER

Fulvio F. Cajina, State Bar No. 289126
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 601-0779
Facsimile:  (510) 225-2636
Email:      fulvio@cajinalaw.com

Stanley Goff, State Bar No. 289564
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email:      scraiggoff@aol.com

Attorneys for Plaintiffs
CARMEL GARCIA, M.Y. AND L.Y., minors
by and through their guardian ad litem
VANESSA RUIZ; L.Y., a minor by and
through his guardian ad litem FRANCISCA
URIOSTEGUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>         Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>         Defendants. | No. 2:19-cv-2621 KJM DB<br><br>**SIXTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; AND ORDER** |

1 | WHEREAS, Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, ("Plaintiffs") initiated this case on March 11, 2020 (Dkt. No. 1.1);

WHEREAS, Plaintiffs named the CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER as Defendants (collectively, "Defendants");

WHEREAS, on May 31, 2022, the Parties filed a fifth stipulation to continue pre-trial deadlines (Dkt. No. 62) because there were discovery delays, including in taking Plaintiff's M.Y. and L.Y.'s depositions due to Plaintiff's Counsel being called to trial in Los Angeles Superior Court, Case Number BC663663.

WHEREAS, on June 6, 2022, the Court issued an order granting the Parties' stipulated request to continue pretrial deadlines. (Dkt. No. 63);

WHEREAS, the Court's amended scheduling order set the non-expert discovery deadline for July 25, 2022;

WHEREAS, the Parties have worked diligently to complete discovery by the deadline of July 25, 2022;

WHEREAS, the Parties are working together to schedule depositions, but several depositions have yet to be taken.

WHEREAS, due to Plaintiffs' counsel trial assignment and unavailability, the Parties will be unable to complete the remaining depositions before the July 25, 2022, deadline;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any party; and

WHEREAS, the requested modifications will not otherwise impact the trial date for the case as none has been set.

///

///

1

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | July 25, 2022 | August 26, 2022 |
| All Dispositive Motions Hearing Date | October 21, 2022 | No change |
| Expert Disclosures | October 31, 2022 | No change |
| Supplemental Experts | November 14, 2022 | No change |
| Completion of Expert Discovery | December 12, 2022 | No change |

Dated: July 21, 2022                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Richard W. Osman*
      Richard W. Osman
      Sheila D. Crawford
      Attorney for Defendants
      CITY OF VACAVILLE, JULIE BAILEY,
      CHUCK BAILEY, DUSTIN WILLIS, and DAVE
      SPENCER

Dated: July 21, 2022                    LAW OFFICES OF STANLEY GOFF

By:   */s/ Stanley Goff*
      Stanley Goff
      Attorney for Plaintiffs
      CARMEL GARCIA, M.Y. AND L.Y., minors by and
      through their guardian ad litem VANESSA RUIZ;
      L.Y., a minor by and through his guardian ad litem
      FRANCISCA URIOSTEGUI

## ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  July 21, 2022                   By:  */s/ Richard W. Osman*
                                             Richard W. Osman

2

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | July 25, 2022 | August 26, 2022 |
| All Dispositive Motions Hearing Date | October 21, 2022 | No change |
| Expert Disclosures | October 31, 2022 | No change |
| Supplemental Experts | November 14, 2022 | No change |
| Completion of Expert Discovery | December 12, 2022 | No change |

DATED: August 15, 2022                    /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE

3
SIXTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; ORDER
*Garcia v. Vacaville, et al.* 2:19-cv-02621-KJM-DB