| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email:      rosman@bfesf.com<br>              scrawford@bfesf.com<br><br>Attorneys for Defendants<br>CITY OF VACAVILLE, JULIE BAILEY,<br>CHUCK BAILEY, DUSTIN WILLIS,<br>and DAVE SPENCER | Fulvio F. Cajina, State Bar No. 289126<br>LAW OFFICE OF FULVIO F. CAJINA<br>528 Grand Avenue<br>Oakland, CA 94610<br>Telephone: (415) 601-0779<br>Facsimile:  (510) 225-2636<br>Email:      fulvio@cajinalaw.com<br><br>Stanley Goff, State Bar No. 289564<br>LAW OFFICE OF STANLEY GOFF<br>15 Boardman Place Suite 2<br>San Francisco, CA 94103<br>Telephone: (415) 571-9570<br>Email:      scraiggoff@aol.com<br><br>Attorneys for Plaintiffs<br>CARMEL GARCIA, M.Y. AND L.Y., minors<br>by and through their guardian ad litem<br>VANESSA RUIZ; L.Y., a minor by and<br>through his guardian ad litem FRANCISCA<br>URIOSTEGUI |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>    Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>    Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br><br>**SEVENTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; ORDER**<br><br><br><br><br><br><br>**Judge: Kimberly J. Mueller** |

WHEREAS, Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, ("Plaintiffs") initiated this case on March 11, 2020 (Dkt. No. 1.1);

WHEREAS, Plaintiffs named the CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER as Defendants (collectively, "Defendants");

WHEREAS, on July 21, 2022, the Parties filed a sixth stipulation to continue the fact discovery deadline to provide time to take Plaintiff's M.Y. and L.Y.'s depositions due to Plaintiff's counsel being called to trial in Los Angeles Superior Court, Case Number BC663663;

WHEREAS, on August 15, 2022, the Court issued an order granting the Parties' stipulated request to continue fact discovery to August 26, 2022 (Dkt. No. 65);

WHEREAS, the Parties have worked diligently to complete discovery by the deadline of August 26, 2022 and have completed the depositions of Plaintiffs M.Y. and L.Y.;

WHEREAS, Defense counsel has been diligently trying to locate two critical witnesses to the incident, (1) Joseph Sturgeon, decedent's brother; and (2) Jason Hays, decedent's friend/co-worker, in order to serve them with deposition subpoenas. Defense counsel recently was able to locate Mr. Sturgeon after Plaintiffs M.Y. and L.Y. testified about their frequent visits with Mr. Sturgeon in Yuba City, California;

WHEREAS, on August 17, 2022, Defense counsel's process server was able to locate and serve Mr. Sturgeon with a deposition subpoena. Per the subpoena, the deposition was scheduled for August 26, 2022, i.e. the last day for fact discovery;

WHEREAS, on August 22, 2022, Defense counsel contacted Plaintiffs' counsel and inquired whether they were available on August 26, 2022 for Mr. Sturgeon's deposition, but Plaintiffs' counsel was not available on that date;

WHEREAS, counsel for the Parties met and conferred and agreed to submit the instant stipulated request to continue fact discovery from August 26, 2022 to September 16, 2022 to provide the Parties with sufficient time to complete the deposition of Mr. Sturgeon;

WHEREAS, on August 25, 2022, Plaintiffs' counsel served discovery responses on behalf of Plaintiff L.Y. and on August 25, 2022, Defense counsel sent a meet and confer letter to Plaintiffs'

counsel regarding the inadequate discovery responses. The Parties therefore require additional time to meet and confer regarding the discovery responses;

WHEREAS, considering the additional time required to complete the above discovery, counsel for the Parties further met and conferred and agreed to a short continuance of the remaining pretrial dates to provide time for the Parties to prepare dispositive motion(s) and complete expert discovery;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any Party; and

WHEREAS, the requested modifications will not otherwise impact the trial date for the case as none has been set.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | August 26, 2022 | September 16, 2022 |
| All Dispositive Motions Hearing Date | October 21, 2022 | November 4, 2022 |
| Expert Disclosures | October 31, 2022 | November 14, 2022 |
| Supplemental Experts | November 14, 2022 | November 28, 2022 |
| Completion of Expert Discovery | December 12, 2022 | January 13, 2023 |

Dated: August 31, 2022   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   /s/ Richard W. Osman
      Richard W. Osman
      Sheila D. Crawford
      Attorney for Defendants
      CITY OF VACAVILLE, JULIE BAILEY,
      CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER

Dated: August 31, 2022   LAW OFFICES OF FULVIO F. CAJINA

By:   /s/ Fulvio Cajina
      Fulvio F. Cajina
      Attorney for Plaintiffs
      CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ;
      L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: August 31, 2022                    By: _/s/ Richard W. Osman_____
                                              Richard W. Osman

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | August 26, 2022 | September 16, 2022 |
| All Dispositive Motions Hearing Date | October 21, 2022 | November 4, 2022 |
| Expert Disclosures | October 31, 2022 | November 14, 2022 |
| Supplemental Experts | November 14, 2022 | November 28, 2022 |
| Completion of Expert Discovery | December 12, 2022 | January 13, 2023 |

DATED: September 6, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE