Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, JULIE BAILEY,
CHUCK BAILEY, DUSTIN WILLIS,
and DAVE SPENCER

Fulvio F. Cajina, State Bar No. 289126
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 601-0779
Facsimile:  (510) 225-2636
Email:      fulvio@cajinalaw.com

Stanley Goff, State Bar No. 289564
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email:      scraiggoff@aol.com

Attorneys for Plaintiffs
CARMEL GARCIA, M.Y. AND L.Y., minors
by and through their guardian ad litem
VANESSA RUIZ; L.Y., a minor by and
through his guardian ad litem FRANCISCA
URIOSTEGUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, <br><br> Plaintiff, <br><br> v. <br><br> YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10; <br><br> Defendants. | Case No. 2:19-cv-02621-KJM-DB <br><br><br> **EIGHTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; ORDER** <br><br><br><br><br><br><br><br><br> **Judge: Kimberly J. Mueller** |

WHEREAS, Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, ("Plaintiffs") initiated this case on March 11, 2020 (Dkt. No. 1.1);

WHEREAS, Plaintiffs named the CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER as Defendants (collectively, "Defendants");

WHEREAS, on September 6, 2022, the Parties filed a seventh stipulation to continue pretrial deadlines to provide time to complete multiple depositions;

WHEREAS, on September 6, 2022, the Court issued an order granting the Parties' stipulated request to continue pretrial deadlines (Dkt. No. 67);

WHEREAS, Defendants filed a motion for summary judgment, which is set to be heard on November 4, 2022;

WHEREAS, the Parties agreed to attend a settlement conference with Magistrate Judge Carolyn Delaney before the motion for summary judgment is heard and a settlement conference is scheduled for October 31, 2022;

WHEREAS, considering the Parties will be attending a settlement conference on October 31, 2022, they seek to continue expert discovery deadlines to avoid incurring additional expenses associated with expert discovery;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any Party; and

WHEREAS, the requested modifications will not otherwise impact the trial date for the case as none has been set.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| All Dispositive Motions Hearing Date | November 4, 2022 | No Change |
| Expert Disclosures | November 14, 2022 | January 20, 2023 |
| Supplemental Experts | November 28, 2022 | February 3, 2023 |
| Completion of Expert Discovery | December 12, 2022 | March 3, 2023 |

| | | |
|---|---|---|
| Dated: October 13, 2022 | | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |

Dated: October 13, 2022      BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*
Richard W. Osman
Sheila D. Crawford
Attorney for Defendants
CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER

Dated: October 12, 2022      LAW OFFICES OF FULVIO F. CAJINA

By: */s/ Fulvio Cajina*
Fulvio F. Cajina
Attorney for Plaintiffs
CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: October 13, 2022      By: */s/ Richard W. Osman*
Richard W. Osman

# **ORDER**

**Pursuant to the parties' stipulation and good cause appearing, it is so ordered:**

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| All Dispositive Motions Hearing Date | November 4, 2022 | No Change |
| Expert Disclosures | November 14, 2022 | January 20, 2023 |
| Supplemental Experts | November 28, 2022 | February 3, 2023 |
| Completion of Expert Discovery | December 12, 2022 | March 3, 2023 |

DATED: October 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE