Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:       rosman@bfesf.com
             scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, JULIE BAILEY,
CHUCK BAILEY, DUSTIN WILLIS,
and DAVE SPENCER

Fulvio F. Cajina, State Bar No. 289126
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Facsimile:  (510) 225-2636
Email:       fulvio@cajinalaw.com

Stanley Goff, State Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email:       scraiggoff@aol.com

Attorneys for Plaintiffs
CARMEL GARCIA, M.Y. AND L.Y., minors by
and through their guardian ad litem VANESSA
RUIZ; L.Y., a minor by and through his guardian
ad litem FRANCISCA URIOSTEGUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>　　　　Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br><br><br>**STIPULATION REGARDING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY; ORDER**<br><br><br><br>**Judge: Kimberly J. Mueller** |

1     WHEREAS, pursuant to a meet an confer amongst the Parties in this case, Plaintiffs CARMEL GARCIA, et al. desire to partake in a settlement conference to be facilitated by Magistrate Judge Delaney to resolve this case;

    WHEREAS, pursuant to a meet and confer amongst the Parties in this case, Defendants CITY OF VACAVILLE, et al., desire to partake in a settlement conference to be facilitated by Magistrate Judge Delaney to resolve this case;

    WHEREAS, the Court granted the Parties' stipulation to continue pretrial dates and, pursuant to the order, expert disclosures are due on November 14, 2022 (Dkt. No. 67);

    WHEREAS, the Parties have contacted Magistrate Judge Delaney's clerk and learned she is available on October 31, 2022 at 9:30 a.m. via zoom for a settlement conference. The Parties' settlement conference statements will be due on 10/24/2022; and

    WHEREAS, good cause exists to permit the Parties to partake in a settlement conference facilitated by Magistrate Judge Delaney in an effort to resolve this case to potentially avoid incurring unnecessary expert fees and costs.

## **STIPULATION**

    NOW, THEREFORE, Plaintiffs and Defendants stipulate and request a Court order that the Parties partake in a settlement conference to be facilitated by Magistrate Judge Delaney on October 31, 2022.

Dated: October 13, 2022                   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                 By:  */s/ Richard W. Osman*
                                                        Richard W. Osman
                                                        Attorney for Defendants CITY OF
                                                        VACAVILLE, JULIE BAILEY,
                                                        CHUCK BAILEY, DUSTIN WILLIS, and
                                                        DAVE SPENCER

1

STIPULATION REGARDING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY; ORDER
*Garcia et al. v. City of Vacaville, et al.* 2:19-cv-02621-KJM-DB

Dated: October 12, 2022                LAW OFFICES OF FULVIO F. CAJINA

                                       By:  /s/ Fulvio F. Cajina
                                            Fulvio F. Cajina
                                            Attorney for Plaintiffs CARMEL GARCIA,
                                            M.Y. AND L.Y., minors by and through their
                                            guardian ad litem VANESSA RUIZ; L.Y., a
                                            minor by and through his guardian ad litem
                                            FRANCISCA URIOSTEGUI

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  October 13, 2022               By:  /s/  Richard W. Osman
                                            Richard W. Osman

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Good cause appearing, the Parties are ordered to attend a mandatory settlement conference with Magistrate Judge Delaney on October 31, 2022 at 9:30 a.m. The Parties' settlement conference statements will be due on 10/24/2022.

DATED:  October 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE