Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:		rosman@bfesf.com
			scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, JULIE BAILEY,
CHUCK BAILEY, DUSTIN WILLIS,
and DAVE SPENCER

Fulvio F. Cajina, State Bar No. 289126
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Facsimile:  (510) 225-2636
Email:		fulvio@cajinalaw.com

Stanley Goff, State Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email:		scraiggoff@aol.com

Attorneys for Plaintiffs
CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>    Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>    Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br>**STIPULATION ALLOWING DEFENDANTS TO FILE A STATEMENT OF UNDISPUTED FACTS (LOCAL RULE 260(A)) IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, AND TO CONTINUE OPPOSITION AND REPLY DEADLINES; ORDER**<br><br>**Judge: Kimberly J. Mueller** |

WHEREAS, on September 30, 2022, Defendants CITY OF VACAVILLE, et al. filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (hereinafter the "Motion.") (Dkt. No. 68-69);

WHEREAS, on October 12, 2022, Plaintiffs CARMEL GARCIA, et al. filed an opposition to Defendants' Motion. (Dkt. No. 73);

WHEREAS, upon receipt of Plaintiffs' opposition to the Motion, Defense counsel learned for the first time that a statement of undisputed facts, as required by Local Rule 260(a), was inadvertently not included with the Motion when it was filed on September 30, 2022. However, as set forth in the statement of facts within the Motion, each material fact included a citation to the particular portions of evidence to establish each fact;

WHEREAS, on October 13, 2022, counsel for the Parties met and conferred on the telephone regarding the statement of undisputed facts and Plaintiffs' counsel graciously agreed to stipulate to allow Defendants to file a statement of undisputed facts, which will mirror the facts and evidence set forth in the statement of facts within the Motion that was filed on September 30, 2022;

WHEREAS, on October 14, 2022, the Court issued a Minute Order wherein it continued the hearing on the Motion from November 4, 2022 to December 9, 2022 and noted that a further hearing continuance may be warranted because Defendants had not yet filed a statement of undisputed facts (Dkt. No. 76);

WHEREAS, the Parties have agreed that Defendants will file their statement of disputed facts pursuant to Local Rule 260(a) on October 14, 2022;

WHEREAS, in light of the Court's continuance of the hearing, the Parties have agreed that Plaintiffs will file a response to said separate statement of facts and amend their opposition accordingly by October 28, 2022;

WHEREAS, the Parties have agreed that Defendants will file their reply by November 4, 2022;

WHEREAS, neither Party will be prejudiced by the terms of this stipulation;

WHEREAS, Defense counsel apologizes to the Court for the inadvertent omission of the statement of undisputed facts with the Motion when it was filed on September 30, 2022. Typically, Defense counsel's assistant prepares the separate document regarding the statement of undisputed facts

based upon the facts and evidence cited in the statement of facts within the Motion. Defense counsel's current assistant is new to the firm and was unaware of the requirement to file a separate document regarding the statement of undisputed facts and Defense counsel regrettably and inadvertently did not ensure the separate document regarding the statement of undisputed facts was prepared and filed with the Motion on September 30, 2022;

WHEREAS, good cause exists to permit Defendants to file the statement of undisputed facts. First, to do so will ensure Defendants' Motion is in compliance with Local Rule 260(a). Second, it will avoid delay in an order being issued on the merits of Defendants' Motion. As cited by Plaintiffs in their opposition to the Motion, in the matter of *Bohannon-Hingston v. Brachfeld Law Grp.*, Defendant did not file a separate statement of undisputed facts as required by Local Rule 260(a) and the court denied Defendant's motion for summary judgment and granted leave to re-file the motion in compliance with the local rules. (Case No. CIV S-11-776 KJM-EFB, 2011 U.S. Dist. LEXIS 120456, at *1-2 (E.D. Cal. Oct. 17, 2011).) Therefore in an effort to avoid delay in addressing the merits of Defendants' Motion, the Parties submit that good cause exists to allow Defendants to file a statement of undisputed facts on October 14, 2022 and to continue the briefing schedule as set forth above.

## **STIPULATION**

NOW, THEREFORE, Plaintiffs and Defendants submit this stipulated request to allow Defendants to file a statement of undisputed facts, as required by Local Rule 260(a), on October 14, 2022 and for Plaintiffs to file a response and amended opposition to Defendants' statement of undisputed facts on or before October 28, 2022, and for Defendants to file a reply brief on or before November 4, 2022.

So stipulated.

Dated: October 14, 2022                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                                                By:   */s/ Sheila D. Crawford*
                                                                                    Richard W. Osman
                                                                                    Sheila D. Crawford
                                                                                    Attorney for Defendants CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER

1 | Dated: October 14, 2022      LAW OFFICES OF FULVIO F. CAJINA

By:  /s/ Fulvio F. Cajina
   Fulvio F. Cajina
Attorney for Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  October 14, 2022      By:  /s/ Sheila D. Crawford
   Sheila D. Crawford

///

///

///

///

///

///

///

///

///

3

STIPULATION ALLOWING DEFENDANTS TO FILE A STATEMENT OF UNDISPUTED FACTS (LOCAL RULE 260(A)) IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, AND TO CONTINUE OPPOSITION AND REPLY DEADLINES; ORDER
*Garcia et al. v. City of Vacaville, et al.* 2:19-cv-02621-KJM-DB

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Good cause appearing, Defendants are ordered to file the statement of undisputed facts, as required by Local Rule 260(a) by October 14, 2022; Plaintiffs may file the response to Defendants' statement of undisputed facts and an amended opposition by October 28, 2022; Defendants may file a reply, if any, by November 4, 2022. The hearing date on the Motion shall be December 9, 2022.

SO ORDERED.

DATED: October 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

STIPULATION ALLOWING DEFENDANTS TO FILE A STATEMENT OF UNDISPUTED FACTS (LOCAL RULE 260(A)) IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, AND TO CONTINUE OPPOSITION AND REPLY DEADLINES; ORDER
*Garcia et al. v. City of Vacaville, et al.* 2:19-cv-02621-KJM-DB