| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile: (415) 353-0990<br>Email:   rosman@bfesf.com<br>         scrawford@bfesf.com<br><br>Attorneys for Defendants<br>CITY OF VACAVILLE, JULIE BAILEY,<br>CHUCK BAILEY, DUSTIN WILLIS,<br>and DAVE SPENCER | Fulvio F. Cajina, State Bar No. 289126<br>LAW OFFICE OF FULVIO F. CAJINA<br>528 Grand Avenue<br>Oakland, CA 94610<br>Telephone: (415) 601-0779<br>Facsimile:  (510) 225-2636<br>Email:    fulvio@cajinalaw.com<br><br>Stanley Goff, State Bar No. 289564<br>LAW OFFICE OF STANLEY GOFF<br>15 Boardman Place Suite 2<br>San Francisco, CA 94103<br>Telephone: (415) 571-9570<br>Email:    scraiggoff@aol.com<br><br>Attorneys for Plaintiffs<br>CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>    Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>    Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br><br>**NINTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; ORDER**<br><br><br><br><br><br>**Judge: Kimberly J. Mueller** |

WHEREAS, Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, ("Plaintiffs") initiated this case on March 11, 2020 (Dkt. No. 1.1);

WHEREAS, Plaintiffs named the CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER as Defendants (collectively, "Defendants");

WHEREAS, on October 14, 2022, the Court issued an order granting the Parties' eighth stipulation to continue pretrial deadlines (Dkt. No. 78);

WHEREAS, Defendants filed a motion for summary judgment (Dkt. No. 68), which was heard on December 9, 2022;

WHEREAS, the Parties attended a settlement conference with Magistrate Judge Carolyn Delaney on October 31, 2022, but the matter did not settle;

WHEREAS, the Parties wish to attend a second settlement conference after an Order on the motion for summary judgment is issued and wish to avoid incurring additional expenses associated with expert discovery before attending the second settlement conference;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any Party; and

WHEREAS, the requested modifications will not otherwise impact the trial date for the case as none has been set.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | January 20, 2023 | March 20, 2023 |
| Supplemental Experts | February 3, 2023 | April 3, 2023 |
| Completion of Expert Discovery | March 3, 2023 | May 5, 2023 |

Dated: December 20, 2022                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:    */s/ Richard W. Osman*
          Richard W. Osman
          Sheila D. Crawford

|     |     |
| --- | --- |
|     | Attorney for Defendants<br>CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER |
| Dated: December 20, 2022 | LAW OFFICES OF FULVIO F. CAJINA |
|     | By:  */s/ Fulvio Cajina*<br>Fulvio F. Cajina<br>Attorney for Plaintiffs<br>CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI |

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  December 20, 2022                          By:  */s/ Richard W. Osman*
                                                                              Richard W. Osman

# ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED:**

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | January 20, 2023 | March 20, 2023 |
| Supplemental Experts | February 3, 2023 | April 3, 2023 |
| Completion of Expert Discovery | March 3, 2023 | May 5, 2023 |

DATED:  December 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE