| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email:       rosman@bfesf.com<br>                   scrawford@bfesf.com<br><br>Attorneys for Defendants<br>CITY OF VACAVILLE, JULIE BAILEY,<br>CHUCK BAILEY, DUSTIN WILLIS,<br>and DAVE SPENCER | Fulvio F. Cajina, State Bar No. 289126<br>LAW OFFICE OF FULVIO F. CAJINA<br>528 Grand Avenue<br>Oakland, CA 94610<br>Telephone: (415) 601-0779<br>Facsimile:  (510) 225-2636<br>Email:       fulvio@cajinalaw.com<br><br>Stanley Goff, State Bar No. 289564<br>LAW OFFICE OF STANLEY GOFF<br>15 Boardman Place Suite 2<br>San Francisco, CA 94103<br>Telephone: (415) 571-9570<br>Email:       scraiggoff@aol.com<br><br>Attorneys for Plaintiffs<br>CARMEL GARCIA, M.Y. AND L.Y., minors<br>by and through their guardian ad litem<br>VANESSA RUIZ; L.Y., a minor by and<br>through his guardian ad litem FRANCISCA<br>URIOSTEGUI |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>        Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>        Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br><br><br>**TENTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES; ORDER**<br><br>**Judge: Kimberly J. Mueller** |

WHEREAS, Plaintiffs CARMEL GARCIA, M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI, ("Plaintiffs") initiated this case on March 11, 2020 (Dkt. No. 1.1);

WHEREAS, Plaintiffs named the CITY OF VACAVILLE, JULIE BAILEY, CHUCK BAILEY, DUSTIN WILLIS, and DAVE SPENCER as Defendants (collectively, "Defendants");

WHEREAS, the Parties agreed to attend a further settlement conference with Magistrate Judge Carolyn Delaney;

WHEREAS, on December 20, 2022, the Parties filed a ninth stipulation to continue pretrial deadlines to allow the parties to continue the expert discovery deadlines so the parties could engage in a further settlement conference without bearing additional expenses;

WHEREAS, on January 23, 2023, the parties continued the further settlement conference with Judge Delaney to await the outcome of Defendants' motion for summary judgment;

WHEREAS, the parties still wish to engage in further settlement conference without bearing additional expenses associated with expert discovery and therefore wish to continue the expert discovery deadlines once again while awaiting the outcome of Defendants' motion for summary judgment;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any Party; and

WHEREAS, the requested modifications will not otherwise impact the trial date for the case as none has been set.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | March 20, 2023 | May 15, 2023 |
| Supplemental Experts | April 3, 2023 | June 5, 203 |
| Completion of Expert Discovery | May 5, 2023 | July 7, 2023 |

Dated: March 16, 2023                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                         By:     /s/ Richard W. Osman
                                                 Richard W. Osman
                                                 Sheila D. Crawford
                                                 Attorney for Defendants
                                                 CITY OF VACAVILLE, JULIE BAILEY,
                                                 CHUCK BAILEY, DUSTIN WILLIS, and DAVE
                                                 SPENCER

Dated: March 16, 2023                    LAW OFFICES OF FULVIO F. CAJINA

                                         By:     /s/ Fulvio Cajina
                                                 Fulvio F. Cajina
                                                 Attorney for Plaintiffs
                                                 CARMEL GARCIA, M.Y. AND L.Y., minors by and
                                                 through their guardian ad litem VANESSA RUIZ;
                                                 L.Y., a minor by and through his guardian ad litem
                                                 FRANCISCA URIOSTEGUI

## ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  March 16, 2023                   By:  /s/ Richard W. Osman
                                              Richard W. Osman

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | March 20, 2023 | May 15, 2023 |
| Supplemental Experts | April 3, 2023 | June 5, 2023 |
| Completion of Expert Discovery | May 5, 2023 | July 7, 2023 |

DATED:  March 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

TENTH STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES: ORDER
*Garcia v. Vacaville, et al.* 2:19-cv-02621-KJM-DB