UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL GARCIA, an individual; M.Y. AND L.Y., minors by and through their guardian ad litem VANESSA RUIZ; L.Y., a minor by and through his guardian ad litem FRANCISCA URIOSTEGUI,<br><br>    Plaintiff,<br><br>v.<br><br>YUBA COUNTY SHERIFF'S DEPARTMENT; YUBA COUNTY SHERIFF'S DEPUTIES DOES 1-5; CITY OF VACAVILLE; and VACAVILLE POLICE OFFICER DOES 6-10;<br><br>    Defendants. | Case No. 2:19-cv-02621-KJM-DB<br><br><br>**ORDER** |

## **ORDER**

**GOOD CAUSE APPEARING IN THE PARTIES' STIPULATION, ECF NO. 104, IT IS SO ORDERED:**

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | May 15, 2023 | July 15, 2023 |
| Supplemental Experts | June 5, 2023 | August 5, 2023 |
| Completion of Expert Discovery | July 7, 2023 | September 7, 2023 |

DATED: May 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE